United States District Court
Southern District of Texas
**ENTERED**
January 06, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KAY LEFTWICH DOHANYOS<br>PLAINTIFF, | § § § § § § § § | |
| v. | | C.A. No. 4:15-cv-01899 |
| ABM JANITORIAL SERVICES<br>SOUTH CENTRAL, INC.<br>DEFENDANT. | | |

## AGREED FINAL JUDGMENT

On this 4th day of Jan, 2017 came Plaintiff, Kay Leftwich Dohanyos ("Plaintiff") and Defendant, ABM Janitorial Services – South Central, Inc. ("Defendant"), and jointly moved this Court to dismiss this suit as to the Defendant, with prejudice. In this connection, it was represented to the Court that all claims pertaining to Defendant have been compromised and settled, and that, as part of such settlement agreement, all claims by Plaintiff made against Defendant are to be dismissed with prejudice. The Court being fully advised, finds that this suit and all claims against Defendant should be DISMISSED WITH PREJUDICE. This judgment is final in all respects and dismisses all claims held by Plaintiff against Defendant that are or could have been brought in this case.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims herein against Defendant, ABM Janitorial Services – South Central, Inc. are dismissed with prejudice, with each party to bear its own cost. All other relief not granted herein is expressly denied. THIS IS A FINAL JUDGMENT.

It is so ORDERED.

JAN 0 4 2017
Date

The Honorable Alfred H. Bennett
United States District Judge

**APPROVED AND AGREED TO**
**AS TO SUBSTANCE AND FORM**

By: _____
Jad J. Stepp
State Bar No. 19169100
Federal Bar No. 5856
Dennis J. Sullivan
State Bar No. 19473750
Federal Bar No. 15100
1010 Lamar, Suite 810
Houston, TX 77002
Telephone: (713) 336-7200
Facsimile: (713) 336-7250
E-mail: dsullivan@ss-pc.com
**ATTORNEYS FOR DEFENDANT ABM JANITORIAL SERVICES SOUTH CENTRAL, INC.**

By: _____
Jan Woodward Fox
State Bar No. 07334500
Federal Bar No. 5358
Cameron Weir
State Bar No. 24088616
Federal Bar No. 2515669
JAN WOODWARD FOX, PLLC
440 Louisiana, Suite 900
Houston, Texas 77002
Telephone: (713) 623-8600
Facsimile: (713) 807-1758
Email: cameron@jwfplc.com
**ATTORNEYS FOR PLAINTIFF KAY LEFTWICH DOHANYOS**